No. 287. BENDIX CORPORATION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *Allen S. Hubbard* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 289. ATLANTIC COAST LINE RAILROAD CO. *v.* SLAUGHTER. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Prime F. Osborn, Norman C. Shepard* and *Frank G. Kurka* for petitioner.

No. 290. RICE LAKE CREAMERY CO. *v.* GENERAL DRIVERS & HELPERS UNION, LOCAL No. 662, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Clark M. Robertson* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli, Norton J. Come* and *Nancy M. Sherman* for the National Labor Relations Board, respondent.

No. 294. COLLINS ET UX. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Robert H. McNeill* for petitioners. *Solicitor General Cox* and *Acting Assistant Attorney General Jones* for the United States.

No. 295. MORRIS ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Francis W. McCauley* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Joseph Kovner* for the United States.